

October 30, 2009

VIA CM/ECF AND HAND DELIVERY

Honorable Ann D. Montgomery
United States District Court Judge
United States District Court
13W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re:     **In re Wholesale Grocery Products Antitrust Litigation, MDL 2090**

Dear Judge Montgomery:

     I am one of the counsel for defendant C&S Wholesale Grocers, Inc. in the above-captioned matter. I am writing on behalf of both C&S and defendant SuperValu, Inc.

     MDL 2090 currently consists of four cases. Two of those cases (*D&G, Inc. et al. v. SuperValu, Inc., et al.* (0:09-983 D. Minn.) and *DeLuca's Corp. v. C&S Wholesale Grocers, Inc., et al.* (1:09-213 D.N.H.)) are currently before this Court. Another case, *Blue Goose Super Market, Inc. v. C&S Wholesale Grocers, Inc. et al.* (1:09-5910 N.D. Ill.) is the subject of a conditional transfer order issued by the J.P.M.L. Absent some objection, that conditional transfer order will become final on November 6, 2009. Finally, a fourth case, *Charles W. Prather Co., Inc v. C&S Wholesale Grocers, et al.* (0:09-2932 D. Minn.), was filed in this district last week and assigned to Judge Schiltz. Counsel for *Prathers* and I have been in touch with your chambers and we understand that the *Prathers* case will be reassigned to Your Honor.

     Defendants are in the process of conferring with plaintiffs' counsel in an effort to see if the parties can work out a stipulation and proposed case management order that would govern the organization of plaintiffs' counsel, the possibility of plaintiffs' filing a consolidated complaint, the time for defendants to file a response to such complaint, including the briefing of a possible motion to dismiss, and other case management issues. We hope the parties will be in position to file such a stipulation and proposed order shortly.

                                                               Sincerely,

                                                               Todd Wind

**Direct Dial:** 612.492.7046
**Email:** twind@fredlaw.com
4642155 – 59616.1

cc:     Plaintiffs' and Defendants' Counsel via CM/ECF or email

Attorneys & Advisors / Fredrikson & Byron, P.A.
main 612.492.7000 / 200 South Sixth Street, Suite 4000
fax 612.492.7077 / Minneapolis, Minnesota
www.fredlaw.com / 55402-1425

MEMBER OF THE WORLD SERVICES GROUP / OFFICES:
A Worldwide Network of Professional Service Providers / Minneapolis / Bismarck / Des Moines / London / Monterrey, Mexico / Shanghai