# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: WHOLESALE GROCERY PRODUCTS ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>All Actions | CIVIL ACTION<br>NO. 09-md-02090 (ADM/AJB)<br><br>**JOINT STIPULATION TO ENTER STIPULATED AMENDED PROTECTIVE ORDER** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendants, by and through their undersigned counsel that, to allow for filing of documents under seal pursuant to the Electronic Case Filing Procedures for the District of Minnesota and to protect the interests of the parties and non-parties, that the Stipulated Amended Protective Order (in the form attached as Exhibit A) be entered in this matter.

Dated: July 21, 2011                                    Respectfully submitted,


s/ Elizabeth R. Odette
W. Joseph Bruckner (#147758)
Elizabeth R. Odette (#0340698)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South
Suite 2200
Minneapolis, MN  55401
Tel: (612) 339-6900
Fax: (612) 339-0981
E-mail: wjbruckner@locklaw.com
           erodette@locklaw.com

*Liaison Counsel for Plaintiffs*

Richard B. Drubel
Kimberly H. Schultz
BOIES, SCHILLER & FLEXNER LLP
26 South Main Street
Hanover, NH  03755
Tel:   (603) 643-9090
Fax:   (603) 643-9010
E-mail: rdrubel@bsfllp.com
          kschultz@bsfllp.com

Daniel A. Kotchen
Daniel L. Low
KOTCHEN & LOW LLP
2300 M Street, NW
Suite 800
Washington, D.C.  20037
Tel:   (202) 416-1848
Fax:   (202) 280-1128
E-mail: dkotchen@kotchen.com
           dlow@kotchen.com

Joel C. Meredith
Steven J. Greenfogel
Daniel B. Allanoff
MEREDITH COHEN GREENFOGEL
  & SKIRNICK PC
1521 Locust Street
8th Floor
Philadelphia, PA  19102
Tel:   (215) 564-5182
Fax:   (215) 569-0958
E-mail: jmeredith@mcgslaw.com
          sgreenfogel@mcgslaw.com
          dallanoff@mcgslaw.com

*Co-Lead Counsel for Plaintiffs*

| FREDRIKSON & BYRON, P.A. | ROBINS, KAPLAN, MILLER & CIRESI L.L.P. |
|---|---|
| By:   s/ Nicole M. Moen<br>     Todd Wind (#196514)<br>     Nicole M. Moen (#329435) | By:   s/ E. Casey Beckett<br>     Martin R. Lueck (#115548)<br>     K. Craig Wildfang (#117043)<br>     Stephen P. Safranski (#0331326)<br>     Damien A. Riehl (#322428)<br>     Heather M. McElroy (#34168X)<br>     E. Casey Beckett (#0338214) |
| 200 South Sixth Street<br>Suite 4000<br>Minneapolis, Minnesota 55402-1425<br>Tel.: 612-492-7046<br>Fax: 612-492-7077 | 2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, Minnesota 55402<br>Tel.: 612-349-8500<br>Fax: 612-339-4181<br><br>***Attorneys for Defendant SuperValu Inc.*** |

Baker Botts L.L.P.

    Christopher J. MacAvoy
    Charles A. Loughlin
    David S. Shotlander

1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel.: 202-639-7700
Fax: 202-639-7890

***Attorneys for Defendant C&S Wholesale Grocers, Inc.***