UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: WHOLESALE GROCERY PRODUCTS ANTITRUST LITIGATION | MDL DOCKET NO. 2090 |
| This Document Relates to: | CERTIFICATE OF SERVICE OF PROPOSED ORDER |
| All Actions | |

I hereby certify that on July 21, 2011, I caused the following proposed order:

> *[Proposed] Stipulated Amended Protective Order*

to be filed with the court via email to the following judge who is hearing the motion:

> The Honorable Ann D. Montgomery   montgomery_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed order to be emailed to the following:

| | |
|---|---|
| Anne M. Nardacci | anardacci@bsfllp.com |
| Charles A. Loughlin | charles.loughlin@bakerbotts.com |
| Christopher J. MacAvoy | christopher.macavoy@bakerbotts.com |
| Damien A. Riehl | dariehl@rkmc.com |
| Daniel Kotchen | dkotchen@kotchen.com |
| Daniel Low | dlow@kotchen.com |
| Daniel B. Allanoff | dallanoff@mcgslaw.com |
| David A. Vicinanzo | dvicinanzo@nixonpeabody.com |
| David S. Shotlander | david.shotlander@bakerbotts.com |
| Douglas A. Kelley | dkelley@kelleywolter.com |
| E. Casey Beckett | ecbeckett@rkmc.com |
| Edward T. Dangel, III | tdangel@danmatllp.com |
| Elizabeth R. Odette | erodette@locklaw.com |
| Ethan T. Frechette | efrechette@bsfllp.com |
| Gordon J. MacDonald | gmacdonald@nixonpeabody.com |
| Heather M. McElroy | hmmcelroy@rkmc.com |
| Ira Neil Richards | ira@trrlaw.com |
| James S. Harrington | jsharrington@rkmc.com |

- 2 -

| | |
|---|---|
| Jennifer Agnew | jagnew@trrlaw.com |
| Jennifer G. Daugherty | jgdaugherty@rkmc.com |
| Joel C. Meredith | jmeredith@mcgslaw.com |
| John B. Caldwell | jbcaldwell01@aol.com |
| K. Craig Wildfang | kcwildfang@rkmc.com |
| Kathleen C. Chavez | kchavez@foote-meyers.com |
| Kevin M. Magnuson | kmagnuson@kelleywolter.com |
| Kimberly H Schultz | kschultz@bsfllp.com |
| Martin R. Lueck | mrlueck@rkmc.com |
| Matthew J. Herman | mherman@foote-meyers.com |
| Peter L. Currie | plclaw05@aol.com |
| Philip J. Iovieno | piovieno@bsfllp.com |
| Richard B. Drubel | rdrubel@bsfllp.com |
| Richard L. Creighton, Jr. | rcreighton@kmklaw.com |
| Robert M. Foote | rmf@foote-meyers.com |
| Stephen P. Safranski | spsafranski@rkmc.com |
| Steven J. Greenfogel | sgreenfogel@mcgslaw.com |
| W. Jeffrey Sefton | jsefton@kmklaw.com |
| W. Joseph Bruckner | wjbruckner@locklaw.com |
| William A. Posey | wposey@kmklaw.com |

Dated:  July 21, 2011               s/ Nicole M. Moen
                                    Nicole M. Moen