UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: WHOLESALE GROCERY PRODUCTS ANTITRUST LITIGATION | Civil Action No. 09-md-02090 ADM/AJB<br>MDL No. 2090 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

**ORDER REGARDING**
**PLAINTIFFS' DISCOVERY SCHEDULE**

This matter came before the Court on July 21, 2011 by telephone hearing regarding five 30(b)(6) deposition notices issued by Plaintiffs on each Defendant on July 8, 2011.

IT IS HEREBY ORDERED that:

1. The following deposition Topics set forth in Plaintiffs' Notices of Deposition shall be treated as informal discovery requests: July 20 Notice to SuperValu Topic Nos. 1-12, 15-17; July 25 Notice to SuperValu Topic No. 2; July 26 Notice to SuperValu Topic Nos. 2-5; July 27 Notice to SuperValu Topic No. 10; July 28 Notice to SuperValu Topic Nos. 4, 7, 8, 14, 15, 16; July 22 Notice to C&S Topic Nos. 1-14, 17-21; July 25 Notice to C&S Topic No. 10; July 26 Notice to C&S Topic Nos. 2-5; July 27 Notice to C&S Topic No. 2; July 29 Notice to C&S Topic Nos. 4, 7, 8, 14, 15, 16.

444468.1

Defendants shall serve written answers and objections to these requests by August 24, 2011.

2. Plaintiffs shall be entitled to take up to 21 hours of deposition testimony pursuant to Fed. R. Civ. P. 30(b)(6) from each Defendant pursuant to the deposition notices served on July 8, 2011. Defendants retain their right to object to the deposition topics in these notices. Those depositions shall be completed by September 30, 2011 and the parties agree to operate in good faith to schedule these depositions as expeditiously as practicable, with due regard for the witnesses' schedules and the mutual convenience of the parties.

3. The class-certification schedule is modified as follows:

| DESCRIPTION | DEADLINE |
| --- | --- |
| Motion for class certification and supporting documents | October 31, 2011 |
| Opposition to Motion for class certification and supporting documents | January 31, 2012 |
| Reply to Motion for class certification and supporting documents | March 19, 2012 |

BY THE COURT:

Dated: __July 22, 2011__     __s/Arthur J. Boylan_____
Hon. Arthur J. Boylan
United States Chief Magistrate Judge