# UNITED STATES DISTRICT COURT
## District of Minnesota

In re Wholesale Grocery Products Antitrust
Litigation

**JUDGMENT IN A CIVIL CASE**

Case Number:  09-md-2090 (ADM/AJB)

This Document Relates to All Actions

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
that the Arbitration Plaintiffs' Motion Requesting Certification of Final Judgment Pursuant to
Fed. R. Civ. P. 54(b) [Docket No. 161] is **GRANTED,** and there being no just cause for delay,
the Court pursuant to Rule 54(b) of the Federal Rules of Civil Procedure directs the Clerk to
enter final judgment against the Arbitration Plaintiffs on all claims dismissed in the Court's
Order dated July 5, 2011 [Docket No. 141].

| August 31, 2011 | RICHARD D. SLETTEN, CLERK |
| --- | --- |
| Date | |
| | s/Thomas S. Schappa |
| | (By)          Thomas S. Schappa    Deputy Clerk |