# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
 *Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

December 19, 2011

Mr. Edward T. Dangel III
DANGEL & MATTCHEN
10 Derne Street
Boston, MA  02114

RE:  11-3768  King Cole Foods, Inc., et al v. SuperValu, Inc., et al

Dear Mr. Dangel:

The district court clerk has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Please note, this case has been consolidated with **11-3773 Blue Goose Super Market, Inc., et al. v. Supervalu, Inc., et al.**, to the extent possible, for briefing and submission to the court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The court has established a consolidated briefing schedule for these cases, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs are available on our website, the address of which is shown above.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for these cases, please contact our office.

      Michael E. Gans
      Clerk of Court

CYZ

Enclosure(s)

cc:    Mr. W. Joseph Bruckner
       Ms. Jennifer G. Daugherty
       Mr. Daniel A. Kotchen
       Mr. Charles A. Loughlin
       Mr. Christopher J. MacAvoy
       Mr. Gordon J. MacDonald
       Ms. Heather Michele McElroy
       Mr. Joel C. Meredith
       Ms. Nicole M. Moen
       Ms. Anne M. Nardacci
       Ms. Elizabeth R. Odette
       Mr. Damien A. Riehl
       Mr. Stephen Paul Safranski
       Mr. Richard Sletten
       Mr. Karl Craig Wildfang
       Mr. Timothy James Willette
       Mr. Todd Wind

    District Court/Agency Case Number(s):   0:09-md-02090-ADM

**Caption For Case Number:   11-3768**

**In re: Wholesale Grocery Products Antitrust Litigation**

-------------------------------

**King Cole Foods, Inc.;**
**JFM Market, Inc.;**
**MJF Market, Inc.**

   **Plaintiffs - Appellants**

**v.**

**SuperValu, Inc.;**
**C&S Wholesale Grocers, Inc.**

   **Defendants - Appellees**

**Addresses For Case Participants:   11-3768**

Mr. Edward T. Dangel III
DANGEL & MATTCHEN
10 Derne Street
Boston, MA  02114

Mr. W. Joseph Bruckner
LOCKRIDGE & GRINDAL
100 Washington Avenue, S.
Suite 2200
Minneapolis, MN  55401-0000

Ms. Jennifer G. Daugherty
ROBINS & KAPLAN
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN  55402-2015

Mr. Daniel A. Kotchen
KOTCHEN &LOW
2300 M Street N.W.
Suite 800
Washington, DC  20037

Mr. Charles A. Loughlin
BAKER & BOTTS
1299 Pennsylvania Avenue, N.W.
The Warner
Washington, DC  20004-0000

Mr. Christopher J. MacAvoy
BAKER & BOTTS
1299 Pennsylvania Avenue, N.W.
The Warner
Washington, DC  20004-0000

Mr. Gordon J. MacDonald
NIXON & PEABODY
900 Elm Street
14th Floor
Manchester, NH  03101-2019

Ms. Heather Michele McElroy
ROBINS & KAPLAN
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN  55402-2015

Mr. Joel C. Meredith
MEREDITH & COHEN
117 S. 17th Street
Architects Building, 22nd Floor
Philadelphia, PA  19103-0000

Ms. Nicole M. Moen
FREDRIKSON & BYRON
Suite 4000
200 S. Sixth Street
4000 Pillsbury Center
Minneapolis, MN  55402-1425

Ms. Anne M. Nardacci
BOIES & SCHILLER
10 N. Pearl Street
Albany, NY  12207

Ms. Elizabeth R. Odette
LOCKRIDGE & GRINDAL
100 Washington Avenue, S.
Suite 2200
Minneapolis, MN  55401-0000

Mr. Damien A. Riehl
ROBINS & KAPLAN
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN  55402-2015

Mr. Stephen Paul Safranski
ROBINS & KAPLAN
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN  55402-2015

Mr. Richard Sletten
U.S. DISTRICT COURT
District of Minnesota
300 S. Fourth Street
202 U.S. Courthouse
Minneapolis, MN  55415-0000


Mr. Karl Craig Wildfang
ROBINS & KAPLAN
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN  55402-2015

Mr. Timothy James Willette
300 S. Fourth Street
U.S. Courthouse
Minneapolis, MN  55415-1320

Mr. Todd Wind
FREDRIKSON & BYRON
200 S. Sixth Street
4000 Pillsbury Center
Minneapolis, MN  55402-1425