

# LOCKRIDGE GRINDAL NAUEN
P.L.L.P.
Attorneys at Law

www.locklaw.com

**MINNEAPOLIS**
Suite 2200
100 Washington Avenue South
Minneapolis, MN 55401-2179
T  612.339.6900
F  612.339.0981

**WASHINGTON, D.C.**
Suite 210
415 Second Street, N.E.
Washington, DC 20002-4900
T  202.544.9840
F  202.544.9850

**W. Joseph Bruckner**
Phone: 612-339-6900
wjbruckner@locklaw.com
REPLY TO MINNEAPOLIS

February 27, 2013

<u>*VIA ECF*</u>

THE HONORABLE ANN D. MONTGOMERY
United States District Court
District of Minnesota
13W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

    Re:    *In re Wholesale Grocery Products Antitrust Litigation*
            Civil No. 09-md-02090 ADM/AJB

Dear Judge Montgomery:

    With the Court's permission, Plaintiffs submit for the record the attached PowerPoint slides used during oral argument in support of Plaintiffs' Motion for Partial Summary Judgment [ECF No. 28].

    If you have any questions, please do not hesitate to contact me.

                              Sincerely,

                              LOCKRIDGE GRINDAL NAUEN P.L.L.P.

                              W. Joseph Bruckner

Enclosures
c:    All counsel of record

467079.1