# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE:  WHOLESALE GROCERY PRODUCTS ANTITRUST LITIGATION | Civil Action No. 09-md-02090 ADM/TNL<br>MDL No. 2090 |
| THIS DOCUMENT RELATES TO:<br><br>*All Actions except JFM Market, Inc. and MFJ Market, Inc. (Village Market) v. SuperValu, Inc.* | |

## NOTICE OF APPEAL

Pursuant to Fed. R. App. P. 3(c)(1) and 4(a), notice is hereby given that Midwest Plaintiffs D&G, Inc. d/b/a Gary's Foods,  Blue Goose Super Market, Inc., Nemecek Markets, Inc., Millennium Operations, Inc. d/b/a R.C. Dick's Market, and Elkhorn-Lueptows, Inc., Jefferson Lueptow's, Inc., and East Troy Lueptows, Inc., in the above-named case, appeal to the United States Court of Appeals for the Eighth Circuit from the Judgment of the U.S. District Court for the District of Minnesota that was entered on April 20, 2018, and declared final pursuant to Fed. R. Civ. P. 54(b), after a trial on the merits and a jury verdict.  [ECF No. 1234]  Midwest Plaintiffs hereby appeal from the District Court's rulings on the jury instructions [ECF No. 1232] and the special verdict form [ECF No. 1233], and all decisions, orders, rulings, opinions and judgments of the Court relating thereto.  This appeal is entered by the above-named plaintiffs in their individual capacity and on behalf of the classes they represent.

527739.1

Dated: May 18, 2018

Respectfully submitted,

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

s/ Elizabeth R. Odette
W. Joseph Bruckner (#147758)
Elizabeth R. Odette (#0340698)
Kristen G. Marttila (#0346007)
Kate M. Baxter-Kauf (#392037)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel:   (612) 339-6900
Fax:   (612) 339-0981
wjbruckner@locklaw.com
erodette@locklaw.com
kgmarttila@locklaw.com
kmbaxter-kauf@locklaw.com

Richard B. Drubel
Matthew J. Henken
Jonathan R. Voegele
BOIES SCHILLER FLEXNER LLP
26 South Main Street
Hanover, NH 03755
Tel:   (603) 643-9090
Fax:   (603) 643-9010
rdrubel@bsfllp.com
mhenken@bsfllp.com
jvoegele@bsfllp.com

Daniel A. Kotchen
Daniel L. Low
KOTCHEN & LOW LLP
1745 Kalorama Road NW, Suite 101
Washington, DC 20009
Tel:   (202) 471-1995
Fax:   (202) 280-1128
dkotchen@kotchen.com
dlow@kotchen.com

*Co-Lead Counsel for Plaintiffs and*
*Counsel for Midwest Plaintiffs*

527739.1

2